HENRIETTA TRYON, Appellant, *v.* ROBERT M. CHALMERS et al., Copartners under the Firm Name of JOHN G. MYERS Co., Respondents.

VON ERLE TRYON, Appellant, *v.* ROBERT M. CHALMERS et al., Copartners under the Firm Name of JOHN G. MYERS Co., Respondents.

*Appeal — failure to perfect and prosecute appeal — motion to dismiss granted.*

*Tryon* v. *Chalmers*, 205 App. Div. 816, appeals dismissed.
(Submitted February 24, 1925; decided March 3, 1925.)

MOTION, in each of the above-entitled actions, to dismiss an appeal from a judgment, entered October 17, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motions were made upon the grounds of failure to perfect and prosecute the appeal.

*Arthur Butler Graham* for motions.

No one opposed.

Motions granted and appeals dismissed.